IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IOU CENTRAL, INC. § <br> d/b/a IOU FINANCIAL, INC., § <br> § <br> Plaintiff, § <br> vs. § <br> § <br> KINGDOM RUGS AND FURNITURE § <br> OF TEXAS, INC. , § <br> FARID UDDIN a/k/a FRED UDDIN, § <br> TRACEY L. UDDIN § <br> § <br> Defendants. § | CASE NO: 4:20-cv-140 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Under Fed. R. Civ. P. 41, Plaintiff IOU dismisses this case with prejudice in which all claims were settled and resolved by the Defendants to which they consent.

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date, sending ECF notice to opposing counsel of record.

Respectfully submitted this 29th day of June 2020.

By: */s/Paul G. Wersant*
Paul G. Wersant
ED of TX Bar No. 748341
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 264-2358
Email: pwersant@gmail.com
Attorney for Plaintiff
File No. 213821