IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. <br> d/b/a IOU FINANCIAL, INC., <br><br> Plaintiff, <br> vs. <br><br> KINGDOM RUGS AND FURNITURE <br> OF TEXAS, INC, et al. <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO: 4:20-cv-140-ALM |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal with Prejudice of all claims, indicating each side will bear their costs (Dkt. #10).  The Notice of Dismissal with Prejudice is accepted by the Court.

It is therefore **ORDERED** that this case is dismissed with prejudice, including all claims which were or could have been raised.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 28th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE